

Mr. Leib Puretz
PF Holdings

October 2, ~~September 22,~~ 2014

RE: Memorandum of Understanding: Terms of Indianapolis Transaction

Dear Leib,

This memorandum of understanding outlines the terms agreed on between PF Holdings (and their affiliates) and Colony Hills Capital regarding the transaction to acquire the 7 property portfolio in Indianapolis, IN. Colony Hills Capital agrees to give PF Holdings exclusive right to pursue this transaction based on the following terms. The following terms are agreed on and binding:

**Consideration to Colony Hills Capital:**

1) $5,000,000 cash at closing;
2) $5,000 paid monthly throughout hold period; *and after 12% annual irr.*
3) 20% of the gross gain in fair market value over the $85,138,837 purchase price. The purchase price has been allocated across the 7 properties as included in the attached exhibit; The fair market value will be determined by taking an average of the highest 2 out of 3 separate, arm's length appraisals or Broker Opinions of Value. The 3 sources of the appraisals/broker opinions of value will be selected as follows: PF Holdings will select one source, Colony Hills Capital will select one source, the two sources selected by PF Holdings and Colony Hills Capital will agree on the third source. The gain associated with this item will be payable upon the earlier of the sale/transfer of any or all of the assets, or December 31, 2019.
4) *Subject to PF Holdings and Colony Hills Capital working out the $1,700,000 pre-payment penalty.*

**Closing:** Shall occur on or before December 31, 2014

**Deposit(s):** $500,000 Non-refundable, due by 5pm Monday October 29 ~~September 29~~, 2014. If closing does not occur prior to January 1, 2015, additional deposits of $250,000 monthly shall be due on the First day of each month beginning on January 1, 2015 until the closing occurs.

PF Holdings has exclusive right to this transaction until Wednesday October 4 ~~September 24~~, 2014 and will continue to have exclusivity by signing below and adhering to the terms of this document.

Sincerely,

_____
David Kaufman
President
Colony Hills Capital

_____
Mr. Leib Puretz, on behalf of,
PF Holdings, et al.

2040 Boston Road, Suite 20 Wilbraham, MA 01095   413-781-7010   www.ColonyHillsCapital.com

**Colony Hills Capital**
**Indianapolis Portfolio**
**Purchase Price Allocations**

| Property | Appraisal | % of Value | Purchase Price | % of Value |
|---|---|---|---|---|
| Capital Place | $ 11,500,000 | 11.7% | $ 9,919,925 | 11.7% |
| Covington Square | $ 9,000,000 | 9.1% | $ 7,763,420 | 9.1% |
| Estates at Crystal Bay | $ 20,100,000 | 20.4% | $ 17,338,304 | 20.4% |
| Fox Club | $ 14,300,000 | 14.5% | $ 12,335,211 | 14.5% |
| Lakeside Pointe | $ 20,000,000 | 20.3% | $ 17,252,044 | 20.3% |
| Woodhaven Park | $ 12,000,000 | 12.2% | $ 10,351,226 | 12.2% |
| Woods at Oak Crossing | $ 11,800,000 | 12.0% | $ 10,178,706 | 12.0% |
| Portfolio Total | $ 98,700,000 | 100.0% | $ 85,138,837 | 100.0% |

**Purchase Price**

| | |
|---|---|
| *Assumed Debt Balance at Close | $ 75,038,837 |
| Proceeds above Debt | $ 10,100,000 |
| Total Purchase Price | $ 85,138,837 |

*Assumes Dec 2014 Closing