Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 4/18/2018

Case: <u>Colony Hills Capital, LLC et al v. PF Holdings LLC et al</u> 187 Civ. 4993 (ARR) (VMS)

ECF Recording in 504N:     ☐ Telephone Conference     ☒ In-person Conference

3:37 — 4:01

Counsel: *(See separately docket entry or document for specific appearances)*

☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☒ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder          ☐ To be served     ☐ To be filed
   ☐ Complaint ☐ Answer                      ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference                          Date:          Time:
   ☐ In person ☐ Telephone (718) 613-2300    To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated           ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                      Date:          Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: <u>Colony Hills Capital, LLC et al v. PF Holdings LLC et al</u> 187 Civ. 4993 (ARR) (VMS)

Date: 4/18/2018

**Additional Orders:**

Counsel must investigate the LLCs' memberships and confirm that diversity exists.

Counsel will confider whether a settlement conference would be helpful.

Counsel are pursuing in discovery.

Counsel are encouraged to start planning depositions as some may be outside of the NY area and will take some planning.

Page 2 of 2