UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| COLONY HILLS CAPITAL, LLC; TPI COMMUNITIES I, LLC; DAVID KAUFMAN; and GLENN HANSON,<br><br>    Plaintiffs,<br><br>        v.<br><br>PF HOLDINGS LLC; JPC CHARITIES; PF HOLDINGS MANAGEMENT LLC; LIEB PURETZ; ARON PURETZ; CHAIKEL PURETZ; PURE CHARITY FUND; and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 1:17-cv-04993 |

**PLEASE TAKE NOTICE** that all claims asserted herein by (1) Plaintiffs Colony Hills Capital, LLC, TPI Communities I, LLC, David Kaufman, and Glenn Hanson; and (2) Defendants PF Holdings, LLC, JPC Charities, PF Holdings Management LLC, Lieb Puretz, Aron Puretz, Chaikel Puretz, and Pure Charity Fund, are hereby dismissed *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1).


s/ Michael B. Ershowsky                          s/ Eric T. Kanefsky
Michael B. Ershowsky, Esq.                    Eric T. Kanefsky, Esq.
Law Offices of David Fleischmann, P.C.    Calcagni & Kanefsky, LLP
*Counsel for Defendants*                          *Counsel for Plaintiffs*

  Dated:  August 8, 2018                          Dated:  August 8, 2018