UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLONY HILLS CAPITAL, LLC; TPI COMMUNITIES I, LLC; DAVID KAUFMAN; and GLENN HANSON,<br><br>Plaintiffs,<br><br>v.<br><br>PF HOLDINGS LLC; JPC CHARITIES; PF HOLDINGS MANAGEMENT LLC; LIEB PURETZ; ARON PURETZ; CHAIKEL PURETZ; PURE CHARITY FUND; and JOHN DOES 1-10,<br><br>Defendants. | Case No. 1:17-cv-04993 |

**PLEASE TAKE NOTICE** that all claims asserted herein by (1) Plaintiffs Colony Hills Capital, LLC, TPI Communities I, LLC, David Kaufman, and Glenn Hanson; and (2) Defendants PF Holdings, LLC, JPC Charities, PF Holdings Management LLC, Lieb Puretz, Aron Puretz, Chaikel Puretz, and Pure Charity Fund, are hereby dismissed *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1).

s/ Michael B. Ershowsky
Michael B. Ershowsky, Esq.
Law Offices of David Fleischmann, P.C.
*Counsel for Defendants*

Dated: August 8, 2018

s/ Eric T. Kanefsky
Eric T. Kanefsky, Esq.
Calcagni & Kanefsky, LLP
*Counsel for Plaintiffs*

Dated: August 8, 2018

/s/(ARR), USDJ